IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TERRY BAKER AND CALVIN BAKER,          Civil Action File No.

       Plaintiffs,                                   2:20-CV-00082-LGW-BWC

v.

WAL-MART STORES EAST, LP,

       Defendant.
_____/

DEFENDANT WAL-MART STORES EAST, LP'S
CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Wal-Mart Stores East, LP, through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 87.1, hereby discloses the following:

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this

paragraph is 708 SW 8th Street, Bentonville, AR  72716.

                                   McLAIN & MERRITT, P.C.

                                    /s/ Ernest L. Beaton, IV
                                  Ernest L. Beaton, IV
                                  Georgia Bar No. 213044
                                  Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mmatllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on August 19, 2020, I electronically filed a **DEFENDANT WAL-MART STORES EAST, LP'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                       McLAIN & MERRITT, P.C.

                                       /s/ Ernest L. Beaton, IV
                                       Ernest L. Beaton, IV
                                       Georgia Bar No. 213044
                                       Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mmatllaw.com