IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| TERRY BAKER AND CALVIN BAKER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| WAL-MART STORES EAST, LP, | ) ) | 2:20-cv-00082-LGW-BWC |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Defendant Wal-Mart Stores East, LP ("Defendant" or "Walmart") and files this Motion for Judgment on the Pleadings, respectfully showing the Court as follows:

1.

Plaintiff Terry Baker was an employee of Defendant who allegedly suffered a stroke on July 10, 2018 while working at Defendant's store in Brunswick, Georgia. Plaintiffs allege that Ms. Baker was on her lunch break on the Defendant's premises at the time of the stroke, and the stroke was exacerbated by Defendant's employees' alleged failure to render aid or contact emergency medical services.

2.

Plaintiffs assert claims against Defendant for negligence, vicarious liability, negligent training and supervision, and loss of consortium.

3.

Because the alleged exacerbation of Ms. Baker's stroke occurred in the course of her employment and arose out of her employment with Defendant, Plaintiffs' claims are barred by the exclusive remedy doctrine of the Georgia Workers Compensation Act.  O.C.G.A. § 34-9-11(a); *Frett v. State Farm Employee Workers Compensation*, 844 S.E.2d 749, 752 (Ga. 2020)   *Savannah Hospitality Services, LLC v. Scriven*, 350 Ga. App. 195, 197 (2019).

4.

Defendant hereby moves for judgment on the pleadings on all claims asserted by Plaintiffs in this action.

5.

This Motion relies upon and incorporates herein by reference the following:

(a)   Defendant's Brief in Support of Motion for Judgment on the Pleadings;

(b)   Plaintiffs' Complaint, and Defendant's Answer; and

(c)   those matters of which the Court may take judicial notice.

WHEREFORE, Defendant prays that its Motion for Judgment on the Pleadings be granted; and that it be discharged from this action.

This 29th day of September, 2020.

             McLAIN & MERRITT, PC

             */s/ Ernest L. Beaton, IV*
             Ernest L. Beaton, IV
             GA Bar No. 213044
             Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed DEFENDANT'S MOTION FOR JUDGMENT ON PLEADINGS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

This 29th day of September, 2020.

McLAIN & MERRITT, PC

*/s/ Ernest L. Beaton, IV*
Ernest L. Beaton, IV
GA Bar No. 213044
Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com