IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| TERRY BAKER AND CALVIN BAKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| WAL-MART STORES EAST, LP, | ) ) | 2:20-cv-00082-LGW-BWC |
| Defendant. | ) ) | |

### DEFENDANT'S NOTICE OF INTENT OF FILING REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Defendant Wal-Mart Stores East, LP and hereby notifies this Court that it will be filing a Reply Brief in Support of its Motion for Judgment on Pleadings within the 14 days as required by Local Rule 7.6.

This 11th day of November, 2020.

                                                McLAIN & MERRITT, PC

                                                */s/ Ernest L. Beaton, IV*
                                                Ernest L. Beaton, IV
                                                GA Bar No. 213044
                                                Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed DEFENDANT'S NOTICE OF INTENT OF FILING A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON PLEADINGS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

This 11th day of November, 2020.

    McLAIN & MERRITT, PC

    */s/ Ernest L. Beaton, IV*
    Ernest L. Beaton, IV
    GA Bar No. 213044
    Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com