# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV220-82**  DATE **12/18/2020**
TITLE **Baker et al v. Wal-Mart Stores East, LPal**
TIMES **10:02 - 10:28**  TOTAL **24 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**  Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Bradley Scott Robinson | Ernest L. Beaton, IV | |

PROCEEDINGS: **Motion Hearing**   ☑ In Court   ☐ In Chambers

**Case called for Motion hearing**
**Defendant 10:03 - 10:07**
**Plaintiff 10:07 - 10:26**
**Defendant 10:26 - 10:27**
**Record open for 4 days for any additional briefing.**

(Rev 7/2003)   GENERAL CLERK'S MINUTES