AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TERRY BAKER and CALVIN BAKER,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV220-82

WAL-MART STORES EAST, LP,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 5th day of January 2021, the Defendant's Motion for Judgment of the Pleadings is GRANTED.  Judgment is hereby entered in favor of the Defendant, and this case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 5, 2021
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020